UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1114-MAN | Date | August 25, 2009 |
|---|---|---|---|
| Title | Anitra Sylve v. County of Los Angeles, et al. | | |

Present: The Honorable   MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE

| Earlene Carson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   (IN CHAMBERS) Order Dismissing Entire Action With Prejudice

Pursuant to the stipulation of the parties, efiled on August 24, 2009, this action is dismissed with prejudice.

IT IS SO ORDERED.

cc:   All parties of record

:

Initials of Preparer   efc

CV-90 (10/08)   **CIVIL MINUTES - GENERAL**   Page 1 of 1